UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| L.D.N. (XXX-XX-4228) | CIVIL ACTION NO. 10-1745 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL J. ASTRUE a/k/a<br>U.S. COMMISSIONER SOCIAL<br>SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g), and this case is remanded for further proceedings consistent with the court's decision.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of March, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE