**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

L.D.N. (XXX-XX-4228)                                          CIVIL ACTION NO. 10-1745

VERSUS                                                       JUDGE S. MAURICE HICKS, JR.

MICHAEL J. ASTRUE a/k/a                                      MAGISTRATE JUDGE HORNSBY
U.S. COMMISSIONER SOCIAL
SECURITY ADMINISTRATION

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, no written

objections having been filed, and concurring with the findings of the Magistrate Judge under

the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed pursuant to the fourth

sentence of 42 U.S.C. § 405(g), and this case is remanded for further proceedings

consistent with the court's decision.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of March,

2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE